IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                              CASE NO: 3:04cr48-002LAC

ROOSEVELT PAGE,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced from life to 150 months and his period of supervised release is reduced from 10 to 5 years..  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 27 October 2004 shall remain unchanged.

**ORDERED** this 13th day of August, 2008.

                                           *s/L.A. Collier*
                                      LACEY A. COLLIER
                              Senior United States District Judge