**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                            CASE NO. 3:04CR48 LAC

ROOSEVELT PAGE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    October 17, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE    on 10/17/2008    Doc.# 161

RESPONSES:

                                                on             Doc.#
                                                on             Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            *s/Mary Maloy*

LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 4th day of March, 2009, that:

(a) The relief requested is **DENIED**.

(b) The defendant's original sentence of life was imposed pursuant to the statutory minimum mandatory not the sentencing range for the original offense. The Court's Amended Judgment reducing the defendant's sentence for substantial assistance was a departure from the mandatory minimum not the defendant's base offense level. Accordingly, Amendment 706 does not apply and the defendant is not entitled to a sentencing reduction under 18 U.S.C. §3582.

                                                           *s/L.A. Collier*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

                                             *LACEY A. COLLIER*
                                    *Senior United States District Judge*

Document No.